IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DONNELL SAQUAN BARNES, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00666 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MICHAEL YOUNCE, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. §1915A(b)(1), and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 25th day of January, 2016.

                                                                                       */s/ Norman K. Moon*
                                                                                       NORMAN K. MOON
                                                                                       UNITED STATES DISTRICT JUDGE